R



**UNITED STATES DISTRICT** **08cv0025**
**NORTHERN DISTRICT OF I** **JUDGE KOCORAS**
Civil Cover Sh **MAG. JUDGE ASHMAN**

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** M L MOORE

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
1) AUSA

2) Brian Patrick Netols
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
M L Moore
#07549-424
Memphis TN
P.O. Box 34550
Memphis, TN 38134

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**FILED**
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham    **Date:** 01/02/2008

Kocoras   96 CR 815-3
Ashman