## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 25 | **DATE** | January 10, 2008 |
| **CASE TITLE** | United States of America vs. M.L. Moore | | |

**DOCKET ENTRY TEXT**

On January 2, 2008, M. L. Moore filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Moore had previously filed another § 2255 motion which was denied in January 2006. Consequently, the newly filed motion is a "second or successive application" for relief under § 2255. We are without jurisdiction to consider it unless and until the Seventh Circuit authorizes Moore to bring the new petition. 28 U.S.C. § 2244(b)(3); *Nuñez v. United States*, 96 F.3d 990, 992 (7th Cir. 1996). Moore has provided nothing to show that he has obtained such authorization, so the new motion is thus dismissed for lack of jurisdiction.

**Dated: January 10, 2008**

**CHARLES P. KOCORAS**
**U.S. District Court Judge**

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|