# United States District Court

## Northern District of Illinois

**Eastern Division**

United States of America                    **JUDGMENT IN A CIVIL CASE**

      v.                                   Case Number: 08 C 25

M.L. Moore

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that M.L. Moore's new motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

                                                     Michael W. Dobbins, Clerk of Court

Date: January 10, 2008                      /s/ Stephen C. Tokoph, Deputy Clerk