MHN

DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF Illinois
SEVENTH CIRCUIT

**FILED**

M. L. MOORE

JAN 1 8 2008 aew
1-18-2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

VS.

UNITED STATES OF AMERICA

( CASE NO: 08 C 25
( HONORABLE JUDGE:
( CHARLES P. KOCORAS,
( SITTING JUDGE.

MOTION FOR AUTHORIZATION

NOW COME PETITIONER BY WAY OF PRO SE AND
MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE
MOTION FOR AUTHORIZATION. CRIMINAL LAW - 997.18.

NOTICE OF APPEAL FROM DENIAL OF SECOND OR
SUCCESSIVE PETITION FOR MOTION TO VACATE SENTENCE
CAN SERVE AS A REQUEST FOR AUTHORIZATION OF COMM-
ENCEMENT OF SECOND OR SUCCESSIVE PETITION WHEN
IT IS PRACTICAL TO MAKE DECISION ON BASIS OF SHORT
APPELLATE RECORD. 28 U.S.C.A. § § 2244 (b)(a) 2255; U.S.
CT. OF APP. 7TH CIR. RULE 22.2, 28 U.S.C. A.

JANUARY 11, 2008

RESPECTFULLY SUBMITTED
UCCH-207:7 UCC 1-103.6
without prejudice
cm. X. Moore