## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 25 | **DATE** | 1/31/2008 |
| **CASE TITLE** | US vs. M.L. Moore | | |

**DOCKET ENTRY TEXT**

Petitioner M.L. Moore has filed a motion for authorization to commence a second or successive petition under 28 U.S.C. § 2255. Though he filed his request in this court, such authorization must come from the Court of Appeals. Accordingly, the present motion [6] is dismissed for lack of jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|