EP

DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M.L. MOORE )  CASE NO: 08C-0025
            )  CASE NO: 98CR-798-1
v.          )  APPEAL NO: 06-1918
            )  MAGISTRATE JUDGE ASHMAN -
JOESHLYN MOORE )
            )

**FILED**
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

MOTION TO FILE FOR DIVORCE IN THE INTERNATIONAL COMMUNITY UNDER RULE 59(e)

---

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION INITIATING DIVORCE PROCEEDING FROM MY WIFE JOESHLYN PENDING REVIEW OF EVIDENCE OF INFIDELITY DURING MY STAY IN PRISON PURSUANT TO RULE 59(e)

JUNE 13, 2008

RESPECTFULLY SUBMITTED
UCC1-207:1-8   UCC1-103.6
with prejudice
M.L. Moore

## CERTIFICATE OF SERVICE

I, _M.L. MOORE_, proceeding pro se, hereby certify that on _JUNE 13, 2008_, a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

DISTRICT COURT OF THE UNITED STATES
MAGISTRATE ~~JUDGE~~ ASHMAN
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CC AUSA BRIAN NETTLES.

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on _JUNE 13,_ 2008.

RESPECTFULLY SUBMITTED
UCC1-207.1-8  UCC1-103.6
with prejudice

_M. L. Moore_