DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M.L. MOORE

V.

THE UNITED STATES OF AMERICA

FILED
JUL 15 2008
Jul 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

( CASE NO: 08C-0025
( CASE NO: 98CR-798-1
( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN.

---

MOTION TO THE COURT TO ORDER THE CLERK OF THE COURT TO MAKE OR REPRODUCE COPIES OF ALL OF PETITIONER'S MOTION REQUIRED FOR DISTRIBUTION TO ALL PARTIES, IE AUSA, COURT AND A RETURN RECORD COPY TO INDIGENT PETITIONER. UNDER RULE 59(e)

---

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION FOR THE COURT REQUESTIONING THAT THE COURT ORDER THE CLERK OF THE COURT TO MAKE OR REPRODUCE COPIES OF ALL OF INDIGENT PETITIONER'S MOTIONS REQUIRED FOR PROPER DISTRIBUTION TO ALL PARTIES, IE AUSA BRIAN NETTLES, THE COURT AND A RETURN COPY FOR INDIGENT PETITIONER'S RECORDS. UNDER RULE 59(e).

JULY 7, 2008

RESPECTFULLY SUBMITTED
UCC 1-207; 1-8   UCC 1-103.6
Without prejudice
M.L. Moore

## CERTIFICATE OF SERVICE

I, _M.L. MOORE_, proceeding pro se, hereby certify that on _10 July 2008_, a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

THE COURT MAGISTRATE JUDGE ASHMAN
219 SOUTH DEARBORN STREET
PRISONER CORRESPONDENCE
CHICAGO, ILLINOIS 60604

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on _July 10,_ 2008.

_/s/ M.L. Moore_

UCC1-207.1-8
UCC 1-103.6
"without prejudice"