DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT



UNITED STATES OF AMERICA  ( CASE NO: 08C-0025
V.                        ( CASE NO: 98CR-798-1
M.L. MOORE                ( APPEAL NO: 06-1918
                          ( MAGISTRATE JUDGE:
                          ( ASHMAN

FILED
JUL 1 5 2008
Jul 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

MOTION TO INVOKE RULE E (4) (F) TO THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS: AS IT RELATES TO THE FINE OF $10,000 IMPOSED BY THE COURT. RULE 59(e)

---

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION UNDER RULE 59(e) PURSUANT TO RULE E (4)(F) TO THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS: AS IT RELATES TO THE $10,000 FINE IMPOSED BY THE COURT. UNDER RULE 59(e)

EXCEPTIONS FOR INSUFFICIENCY OF PLEADINGS

EXECUTION, STAY: AUTOMATICALLY: NO EXECUTION TO ISSUE, FOR PROCEEDINGS FOR ENFORCEMENT TO BE TAKEN, UNTIL EXPIRATION OF 10 DAYS AFTER ENTRY OF JUDGMENT: EXCEPTIONS - INJUNCTIONS, AND PATENT ACCOUNTINGS. CIV. R. 62 (a).

STAY OF JUDGMENT PENDING APPEAL FROM MAGISTRATE JUDGE TO DISTRICT JUDGE. CIV. R. 74(e):

July 8, 2008

RESPECTFULLY SUBMITTED
UCC 1-207:1-8  UCC 1-103.6
Without prejudice
M.L. Moore