DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH **FILED**

| | |
|---|---|
| M. L. MOORE | CASE NO: 08C-0025 |
| | CASE NO: 98CR-798-1 |
| v. | APPEAL NO: 06-1918 |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: ASHMAN |

FILED JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

MOTION FOR JUDGMENT                                    RULE 59(e)

---

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION PURSUANT TO JUDGMENT. RULE 59(e)

PARAGRAPH (1) DELETES THE REQUIREMENT IN PRESENT RULE 4(a) THAT A SUMMONS BE DELIVERED FOR SERVICE TO THE MARSHALL OR OTHER PERSON AUTHORIZED TO SERVE IT. AS AMENDED BY THE LEGISLATION, RULE 4(a) PROVIDES THAT THE SUMMONS BE DELIVERED TO "THE PLAINTIFF OR THE PLAINTIFFS ATTORNEY, WHO SHALL BE RESPONSIBILE FOR PROMPT SERVICE OF THE SUMMONS. THIS CHANGE EFFECTUATE THE POLICY PROPOSED BY THE SUPREME COURT.

PARAGRAPH (2) AMENDS CURRENT RULE 4(C) WHICH DEALS WITH THE SERVICE OF PROCESS.

July 10 2008

RESPECTFULLY SUBMITTED
UCC 1-207:1-8   1703.6
without prejudice
M. L. Moore

CC: AUSA BRIAN NETTLES &
THE COURT