MHH

DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M. L. MOORE

V

UNITED STATES OF AMERICA

( CASE NO: 08C-0025
( CASE NO: 798-1
( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN          08cv25

---

MOTION FOR PLEADINGS AND MOTIONS & COMPUTATION
RULE 59(e)

---

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION FOR PLEADINGS AND MOTIONS & COMPUTATION. RULE 59(e)

EXCLUDE DAY OF THE ACT, EVENT, THAT BEGINS THE PERIOD. INCLUDE LAST DAY OF THE PERIOD UNLESS IT IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, OR, WHEN THE ACT TO BE DONE IS FILING OF PAPER IN COURT, A DAY ON WHICH WEATHER OR OTHER CONDITIONS HAVE MADE OFFICE OF CLERK INACCESSIBLE. APP. R. 26(a)

JULY 14, 2008

RESPECTFULLY SUBMITTED
UCC 1-207: 1-8   UCC 1-103.6
Without prejudice
M. L. Moore

FILED
7-21-2008
JUL 2 1 2008    MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, _M.L. Moore_, proceeding pro se, hereby certify that on _July 14, 2008_ a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

THE COURT: DISTRICT COURT OF THE UNITED STATES
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on _July 14,_ 2008.

_M.L. Moore_     VCCI-20711-8
                 VCCI-103.6
                 without prejudice