DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M. L. MOORE ( CASE NO: 08 C-0025
v. ( CASE NO: 798-1
( APPEAL NO: 06-1918
UNITED STATES ( MAGISTRATE JUDGE:
( ASHMAN

FILED
JUL 29, 2008
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR PLEADINGS AND MOTIONS & COMPUTATION
RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION FOR PLEADING AND MOTIONS & COMPUTATION. RULE 59(e)

EXCLUDE DAY OF THE ACT, EVENT, THAT BEGINS THE PERIOD. INCLUDE LAST DAY OF THE PERIOD UNLESS IT IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, OR, WHEN THE ACT TO BE DONE IS FILING OF PAPER IN COURT, A DAY ON WHICH WEATHER OR OTHER CONDITIONS HAVE MADE OFFICE OF CLERK INACCESSIBLE. APP. R. 26(a)

July 14, 2008

RESPECTFULLY SUBMITTED
UCC 1-207:1-8  UCC 1-103 6
without prejudice
M. L. Moore

## CERTIFICATE OF SERVICE

I, _M.L. Moore_, proceeding pro se, hereby certify that on _July 19 2008_, a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to: THE DISTRICT COURT OF THE UNITED STATES
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET
CHICAGO, Illinois 60604

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on _July 19_, 2008.

UCC1-207;1-8
UCC1-103.6
M.L. Moore "without prejudice"