THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M. L. MOORE ) CASE NO: 08C-0025
) CASE NO: 98CR 798-1
V. ) APPEAL NO: 06 1918
UNITED STATES OF AMERICA ) MAGISTRATE JUDGE:
) ASHMAN.

FILED
Aug 4, 2008
AUG 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR RECONSIDERATION OF 28 USC SECTION 2255
RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION FOR RECONSIDERATION OF 28 USC SECTION 2255 UNDER RULE 59(e).

HABEAS CORPUS § 41 - FUNCTION OF WRIT.
JUDGMENT § 145 · RES JUDICATA - IN HABEAS CORPUS PROCEEDINGS.
17. THE DOCTRINE OF RES JUDICATA IS APPLICABLE IN HABEAS CORPUS PROCEEDINGS.
HABEAS CORPUS § 1 - NATURE OF WRIT.
18. THE WRIT OF HABEAS CORPUS IS TRADITIONALLY CHARACTERIZED AS AN ORIGINAL CIVIL REMEDY FOR THE ENFORCEMENT OF THE RIGHT TO PERSONAL LIBERTY, RATHER THAN AS A STAGE OF STATE CRIMINAL PROCEEDINGS.

JULY 28, 2008

RESPECTFULLY SUBMITTED
UCC 1-207: 1-8  UCC 1-103.6
Without prejudice
M. L. Moore

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

**RETURNED**

JUN 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA
VS.
M.L. MOORE

( 98CR-798-1
( APPEAL NO: 06-1918
(
( JAMES B. ZAGEL,
( CIRCUIT JUDGE.

---

MOTION FOR RECONSIDERATION OF 28 USC SECTION 2255 UNDER RULE 59(e)

---

Now come petitioner by way of PRO SE and move this Honorable Court to grant leave to file motion for reconsideration of 28 USC Section 2255 under Rule 59(e).

HABEAS CORPUS § 41 - FUNCTION OF WRIT.

16. Habeas Corpus lies to test proceedings so fundamentally lawless that imprisonment pursuant to them is not merely erroneous but void.

JUDGMENT § 145 RES JUDICATA - IN HABEAS CORPUS PROCEEDINGS.

17. The doctrine of Res Judicata is inapplicable in Habeas Corpus proceedings.

HABEAS CORPUS § 1 - NATURE OF WRIT.

18. The writ of Habeas Corpus is traditionally characterized as an original (save perhaps when ~~issued by the~~ United States Supreme Court) civil remedy for the enforcement of the right to personal liberty, rather than as a stage of state criminal proceedings or as an appeal therefrom.

May 27, 2008

Respectfully submitted
UCC 1-207.7:1-8  UCC 1-103.6
without prejudice
M. L. Moore

## CERTIFICATE OF SERVICE

I, _M.L. MOORE_, proceeding pro se, hereby certify that on _July 28, 2008_, a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

THE DISTRICT COURT OF THE UNITED STATES
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on _July 28,_ 2008.

UCC1-207:1-8
UCC1-103.6
_M.L. Moore_  without prejudice

## CERTIFICATE OF SERVICE

I, M. L. MOORE, proceeding pro se, hereby certify that on July 28, 2008, a true and correct copy of the foregoing motion was delivered to Prison Authorities for mailing to the parties below, by placing same in an envelope with first-class postage prepaid affixed thereto, and addressing to:

AUSA BRIAN NETTLES
UNITED STATES DEPARTMENT OF JUSTICE
Room 500
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

I hereby swear under penalty of perjury, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on 28 July 2008.

M. L. Moore
UCC1-207 1-8
UCC 1-103.6
"without prejudice"