DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M.L. MOORE
v.
UNITED STATES OF AMERICA

CASE NO: 08C-0025
CASE NO: 98CR-798-1
APPEAL NO: 06-1918
MAGISTRATE JUDGE: ASHMAN

MOTIONS, NOTICIES, IN GENERAL
RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION PURSUANT TO MOTIONS AND NOTICIES IN GENERAL UNDER RULE 59(e)

A WRITTEN MOTION, SUPPORTING AFFIDAVITS, AND NOTICE OF HEARING THEREOF - SERVICE NOT LATER THAN 5 DAYS BEFORE TIME SPECIFIED FOR HEARING UNLESS A DIFFERENT TIME IS FIXED BY RULE OR BY ORDER OF COURT CIV. R. 6(d).

OPPOSING AFFIDAVITS MAY BE SERVED NOT LATER THAN ONE DAY BEFORE HEARING, UNLESS COURT PERMITS OTHERWISE. CIV. R. 6(d).

PLEADING, WRITTEN MOTION, OR OTHER PAPER NOT SIGNED BY ATTORNEY SHALL BE STRICKEN UNLESS OMISSION OF SIGNATURE IS CORRECTED PROMPTLY AFTER BEING CALLED TO ATTENTION OF ATTORNEY. CIV. R. 11(a).

July 30, 2008

RESPECTFULLY SUBMITTED
UCC 1-207; 1-8  UCC 1-103.6
without prejudice
M. L. Moore

FILED
Aug 11, 2008
AUG 11 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, M.L. MOORE, PROCEEDING PRO SE, HEREBY CERTIFY THAT ON JULY 30, 2008 A TRUE AND CORRECT COPY OF THE FOREGOING MOTION'S WAS DELIVERED TO PRISON AUTHORITIES FOR MAILING TO THE PARTIES BELOW, BY PLACING SAME IN AN ENVELOPE WITH FIRST-CLASS POSTAGE PREPAID AFFIXED THERETO, AND ADDRESSING TO: THE DISTRICT COURT OF THE
UNITED STATES
PRISON CORRESPONDENCE
219 SOUTH DEARBORN STREET

I HEREBY SWEAR UNDER PENALTY OF PERJURY, 28 U.S.C. §1746, THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JULY 30, 2008

UCC1-207:1-8
UCC1-103.6
M.L. Moore  without prejudice