DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M. L. MOORE  
v.  
UNITED STATES OF AMERICA

( CASE NO: 08C-0025 ) 08CV0025
( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN

## MOTION TO APPEAL AS OF RIGHT BY PERMISSION RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION TO APPEAL BY PERMISSION, UNDER RULE 59(e).

PETITION FILED WITH CIRCUIT CLERK WITH PROOF OF SERVICE WITHIN TIME SPECIFIED BY STATUTE OR RULE AUTHORIZING THE APPEAL, OR IF NO SUCH TIME IS SPECIFIED, WITHIN THE TIME PROVIDED BY APP. R 4(a) FOR FILING A NOTICE OF APPEAL. APP. R. 5(a)

JULY 30, 2008

RESPECTFULLY SUBMITTED  
UCC 1-207: 1-8  UCC 1-103.6  
without prejudice  
M. L. Moore

**FILED**  
Aug 11, 2008  
AUG 1 1 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT