DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M. L. MOORE

V

UNITED STATES OF AMERICA

( CASE NO: 08C - 0025
( CASE NO: 98CR-798-1
( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN

---

MOTION FOR NEW TRIAL; MOTION AND AFFIDAVITS
RULE 59(e)

---

Now COME PETITIONER, BY WAY OF pro SE, AND MOVE
THIS HONORABLE COURT TO GRANT LEAVE TO FILE A BOVE
MOTION FOR NEW TRIAL; MOTION AND AFFIDAVITS RULE 59(e)

NEW TRIAL; MOTION AND AFFIDAVITS
MOTION SHALL BE FILED NOT LATER THAN 10 DAYS AFTER
ENTRY OF JUDGMENT. CIV R. 59 (b). EXCEPTION FROM GENERAL
RULE RELATING TO ENLARGEMENT. CIV. R. 6(b).

AUGUST 1, 2008

RESPECTFULLY SUBMITTED
UCC 1-207: 1-8 UCC 1-103.6
without prejudice
LM. L. Moore

**FILED**

AUG 14 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT