DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M.L. MOORE

v.

UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

( CASE NO: 08C-0025
( CASE NO: 98CR-798-1
( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN

FILED
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## OBJECTIONS TO ORDERS OR RULINGS OF COURT
### RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO-SE, AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION OF OBJECTIONS TO ORDERS OR RULINGS OF COURT RULE 59(e)

OBJECTIONS TO ORDERS OR RULINGS OF COURT:

AT TIME RULING OR ORDER OF COURT IS MADE OR SOUGHT; IF PARTY HAS NO OPPORTUNITY TO OBJECT TO RULING OR ORDER AT TIME IT IS MADE, ABSENCE OF OBJECTION DOES THEREAFTER PREJUDICE THE PARTY. CIV. R. 46.

PRETRIAL MATTERS REFERRED TO MAGISTRATE JUDGE:
OBJECTIONS OF PARTIES TO ORDER NOT DISPOSITIVE OF CLAIM OR DEFENSE TO BE SERVED AND FILED WITHIN 10 DAYS AFTER BEING SERVED WITH COPY OF ORDER. CIV. R. 72(a).

SPECIFIC WRITTEN OBJECTIONS TO DISPOSITION OF MATTER DISPOSITIVE OF CLAIM OR DEFENSE OF A PARTY OR PRISONER PETITION MAY BE SERVED OR FILED WITHIN 10 DAYS AFTER SERVICE. RESPONSE TO OBJECTION MAY BE MADE WITHIN 10 DAYS AFTER BEING SERVED WITH COPY. CIV. R. 72(b).

AUGUST 1, 2008

RESPECTFULLY SUBMITTED
UCC 1-207.1-8  UCC 1-103.6
without prejudice
M.L. Moore