CONSENT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF ILLINOIS

SEVENTH CIRCUIT

**FILED**

AUG 1 4 2008

AUG 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

M. L. MOORE

V

UNITED STATES OF AMERICA
UNITED STATES OF AMERICA

( CASE NO: 08C-0025
( CASE NO: 98CR-798-1
( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN
(

MAIL                                    RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO SE, AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION PURSUANT TO MAIL UNDER RULE 59 (e)

MAIL - SERVICE UNDER RULE 5(b)(2)(B), (C), OR (D) ADDS 3 DAYS TO A PERIOD COMPUTED FROM TIME OF SERVICE. CIV. R. 6 (e).

WHEN A PARTY IS REQUIRED OR PERMITTED TO ACT WITHIN A PRESCRIBED PERIOD AFTER SERVICE OF A PAPER UPON THAT PARTY, THREE CALENDER DAYS ARE ADDED TO THE PERIOD UNLESS THE PAPER IS DELIVERED ON THE DATE OF SERVICE STATED IN THE PROOF OF SERVICE. APP.R. 26 (c). A BRIEF OR APPENDIX IS TIMELY FILED IF ON OR BEFORE THE LAST DAY FOR FILING IT IS A MAILED FIRST CLASS OR OTHER CLASS AT LEAST AS EXPEDITIOUS, POSTAGE PREPAID, OR DISPATCHED FOR DELIVERY WITHIN THREE CALENDER DAYS BY A THIRD PARTY COMMERCIAL CARRIER. APP.R. 25(a)(2)(B).

JULY 31, 2008

RESPECTFULLY SUBMITTED
UCC 1-207:1-8  UCC1-103.6
without prejudice
M. L. Moore

CERTIFICATE OF SERVICE

I, M.L. MOORE, PROCEEDING PRO SE, HEREBY CERTIFY THAT ON AUGUST 8, 2008, A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS DELIVERED TO PRISON AUTHORITIES FOR MAILING TO THE PARTIES BELOW, BY PLACING SAME IN AN ENVELOPE WITH FIRST-CLASS POSTAGE PREPAID AFFIXED THERETO, AND ADDRESSING TO: THE CLERK OF THE DISTRICT COURT OF THE
            UNITED STATES
            PRISONER CORRESPONDENCE
            219 SOUTH DEARBORN STREET
            CHICAGO, ILLINOIS 60604

I HEREBY SWEAR UNDER PENALTY OF PERJURY, 28 U.S.C. § 1746, THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON AUGUST 8, 2008.

                        UCC1-207:1-8 UCC1-103.6
                        with prejudice
                        M.L. Moore