DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
SEVENTH CIRCUIT

M.L. MOORE ( CASE NO: 08C-0025
v. ( CASE NO: 98CR-798-1
UNITED STATES OF AMERICA ( APPEAL NO: 06-1918
( MAGISTRATE JUDGE:
( ASHMAN

FILED LCW
AUG 14 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR JUDGMENT          RULE 59(e)

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION FOR JUDGMENT RULE 59(e)

PARAGRAPH (1) DELETES THE REQUIREMENT IN PRESENT RULE 4(a) THAT A SUMMONS BE DELIVERED FOR SERVICE TO THE MARSHALL OR OTHER PERSON AUTHORIZED TO SERVE IT. AS AMENDED BY THE LEGISLATION, RULE 4(a) PROVIDES THAT THE SUMMONS BE DELIVERED TO "THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY, WHO SHALL BE RESPONSIBLE FOR PROMPT SERVICE OF THE SUMMONS. THIS CHANGE EFFECTUATE THE POLICY PROPOSED BY THE SUPREME COURT.

PARAGRAPH (2) AMENDS CURRENT RULE 4(e) WHICH DEALS WITH THE SERVICE OF PROCESS.

30, JULY 2008

RESPECTFULLY SUBMITTED
UCC1-207:1-8  UCC1-103.6
without prejudice
M.L. Moore