DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF Illinois
SEVENTH CIRCUIT

M. L. MOORE

V

UNITED STATES OF AMERICA

CASE NO: 08C-0025
CASE NO: 98CR-798-1
APPEAL NO: 06-1918
MAGISTRATE JUDGE: ASHMAN

FILED
AUG 14 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

MOTION FOR JUDGMENT

RULE 59(e)

---

NOW COME PETITIONER BY WAY OF PRO SE AND MOVE THIS HONORABLE COURT TO GRANT LEAVE TO FILE MOTION PURSUANT TO JUDGMENT. RULE 59(e)

PARAGRAPH (1) DELETES THE REQUIREMENT IN PRESENT RULE 4(a) THAT A SUMMONS BE DELIVERED FOR SERVICE TO THE MARSHALL OR OTHER PERSON AUTHORIZED TO SERVE IT. AS AMENDED BY THE LEGISLATION, RULE 4(a) PROVIDES THAT THE SUMMONS BE DELIVERED TO "THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY, WHO SHALL BE RESPONSIBLE FOR PROMPT SERVICE OF THE SUMMONS. THIS CHANGE EFFECTUATE THE POLICY PROPOSED BY THE SUPREME COURT.

PARAGRAPH (2) AMENDS CURRENT RULE 4(e) WHICH DEALS WITH THE SERVICE OF PROCESS.

JULY 10, 2008

RESPECTFULLY SUBMITTED
UCC 1-207;1-8 UCC 1-103.6
with prejudice
M. L. Moore

Consistant with Uniform Commercial Code 3-305.2(c) and pursuant to U.C.C. 3-305.52. Produce all documents "held in due course" that create any legal disability.

Due to an interveining change in the law stemming from the landmark Supreme Court decision in Crawford vs. Washington, Petitioners sixth amenedment, constitutional rights were violated as a result of denial of Petitioners right to confront and cross examine available witnesses.

Petitioners fifth amendment guaranty against Double Jepardy were violated.

Respectfully submitted
*without prejudice UCC-1-207*
*M.D. Moore*

M.L.Moore

(4)