## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 25 | **DATE** | August 21, 2008 |
| **CASE TITLE** | US vs. M.L. Moore | | |

**DOCKET ENTRY TEXT**

All pending motions are denied. Despite our previous admonishments, *see* Case Number 05-C-3608 Docket # 88, Moore has continued to inundate this court with redundant and frivolous filings. As a result, the clerk's office is ordered to return to Moore, unfiled, any further submission in Case Number 08-C-25.

■[ For further details see text below.]    Docketing to mail notices.

### ORDER

This matter comes before the court on the eleven motions of M. L. Moore. Moore's first motion requests that we grant him leave to initiate divorce proceedings. Federal courts do not have jurisdiction over divorce proceedings. Consequently, Moore's motion is denied.

Moore's second motion asks this court to order the clerk of the court to reproduce copies of all his motions and distribute them to him, the Assistant United States Attorneys Office, and the Court. Moore is required to effectuate service of his motions on his own. We will not order the clerk of the court to act as Moore's process server. As a result, Moore's motion is denied.

Moore's third, fourth, fifth, sixth, eighth, ninth, tenth and eleventh motions are denied because they simply state rules of law.

Moore's seventh motion is brought pursuant to Rule 59(e) and requests that we reconsider our January 10, 2008 judgment where we found that we did not have jurisdiction over Moore's second or successive application for relief under 28 U.S.C. § 2255. Rule 59(e) provides that "a motion to alter or amend a judgment must be filed no later than 10 days after the entry of the judgment." Because Moore's motion was filed more than 10 days after we last entered judgment, his current motion is denied on procedural grounds. Additionally, we also note that we still do not have jurisdiction over Moore's second or successive § 2255 petition because the Seventh Circuit has not authorized Moore to bring the petition.

Despite our previous admonishments, *see* Case Number 05-C-3608 Docket # 88, Moore has continued to inundate this court with redundant and frivolous filings. As a result, the clerk's office is ordered to return to Moore, unfiled, any further submission in Case Number 08-C-25.

Dated: __August 21, 2008__    *Charles P. Kocoras*
                                **CHARLES P. KOCORAS**
                                **U.S. District Court Judge**